IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE BOSWELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>Defendants. | Cause No. 3:06-cv-0133-CRB<br><br>MDL: 05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

### ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Robert O'Hara as the administrator for the Estate of Linnie Rundles claims against defendants are dismissed without prejudice.



United States District Judge Charles R. Breyer

November 28, 2006