IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| In Re: BEXTRA and CELEBREX MARKETING SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | MDL 1699 |
| This document relates to Franklin Ann Siders-Guy | 3:06-cv-00133CRB |

### STIPULATION

It is hereby stipulated by and between all parties, through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1), that plaintiffs' claims in this action are dismissed with prejudice. Plaintiffs to pay court costs.

JEFFREY J. LOWE, P.C.

By: /s/ Jeffrey J. Lowe
Attorney for Plaintiff
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 678-3400, Fax: (314) 678-3401

jeff@jefflowepc.com

Dated: 2-5-09

By: /s/
Loren Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 835-6108
Attorneys for Defendants

Dated: July 8, 2009



IT IS SO ORDERED
Judge Charles R. Breyer

69719.1
Signed: July 10, 2009